NEW JERSEY MANUFACTURERS
INSURANCE COMPANY
301 Sullivan Way
W. Trenton, New Jersey
**James R. Meslar, Esquire(M2001-001811)**
Counsel for Plaintiff
New Jersey Manufacturers Insurance Company

**FILED**
**JAMES J. WALDRON**
**OCT 2 6 2009**
U.S. BANKRUPTCY COURT
NEWARK, NJ
BY_____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>PASCACK VALLEY HOSPITAL ASSOCIATION INC.,<br><br>Debtor. | Case No. 07-23686 (RG)<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PASCACK VALLEY HOSPITAL ASSOCIATION, INC.,<br><br>Plaintiff,<br>vs.<br>NEW JERSEY MANUFACTURERES INSURANCE COMPANY,<br><br>Defendant(s) | Adv. Pro. No. 09-2417(RG)<br><br>**DEFENDANT'S ANSWER TO COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS** |

Defendant, New Jersey Manufacturers Insurance Company by way of Answer states:

### JURISDICTION AND VENUE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

## PARTIES AND BACKGROUND

6. Defendant lacks information sufficient to respond.

7. Defendant lacks information sufficient to respond.

8. Admitted.

9. Defendant lacks information sufficient to respond.

## COUNT I

10. Not applicable.

11. Defendant lacks information sufficient to respond.

12. Denied. At times New Jersey Manufacturers Insurance Company was a debtor to Pascack Valley Hospital.

13. Denied.

14. Defendant denies that payments are preferences under the Bankruptcy Code.

15. Denied.

16. Denied.

17. Denied.

## COUNT II

18. Not applicable.

19. Admitted.

20. Defendant has denied that the payments are preferences under the Code. The Defendant responded to the Committee on or about September 15, 2009.

21. Denied.

## COUNT III

22. Not applicable.

23. Defendant lacks information sufficient to respond.

24. Denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The unsecured creditors committee has no standing under the Bankruptcy Code to bring this preference action against New Jersey Manufacturers Insurance Company.

### SECOND DEFENSE

Payments made to defendant, New Jersey Manufacturers Insurance Company, were for Workers' Compensation Insurance which is required under NJSA 34L15-78.

### THIRD DEFENSE

Payments made to defendant, New Jersey Manufacturers Insurance Company, were payments made in the ordinary course of business or financial affairs between debtor and New Jersey Manufacturers Insurance Company, as New Jersey Manufacturers Insurance Company was the Workers' Compensation Insurance carrier from September 1, 2006 through September 1, 2008.

## FOURTH DEFENSE

Payments made to defendant, New Jersey Manufacturers Insurance Company, were made according to ordinary and accepted terms as set forth by the New Jersey Department of Labor Corporation Rating and Inspection Bureau.

## FIFTH DEFENSE

Plaintiffs may not recover monies that have already been returned by defendant. New Jersey Manufacturers Insurance Company has made the following payments back to Pascack Valley Hospital:

| Date | Amount |
|---|---|
| 1/30/2008 | $170,290.00 |
| 6/17/2008 | 6,217.50 |
| 8/19/2008 | 7,241.30 |
| 7/13/2009 | 72,691.55 |
| 7/20/2009 | 8,556.90 |

Wherefore, New Jersey Manufacturers Insurance Company respectfully demands judgment against plaintiff/debtor with costs of this proceeding and attorney fees.

NEW JERSEY MANUFACTURERS
INSURANCE COMPANY

By: _____
JAMES R. MESLAR, ESQ.
Attorney for Defendant
301 Sullivan Way, P.O. Box 928
West Trenton, N.J. 08628
(609) 883-1300, Ext. 6172

DATE: 10-23-09